UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
QUANDELL HICKMAN,

              Plaintiff,

              -against-

C.O. ENDEAVER, et al.,

              Defendants.
-------------------------------------------------------------x

24-CV-2082 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 22.

Defendants are directed to meet and confer with Plaintiff and file on the docket a joint proposed briefing schedule regarding the outstanding letter motion to stay discovery. (ECF 22).

Defendants are further directed to indicate in the joint proposed briefing schedule whether the proposed stay applies to Defendant C.O. Endeaver, or just the three defendants subject to dismissal under the pending partial motion to dismiss. (ECF 19). If the proposed stay does not apply to Defendant Endeaver, Defendants are directed to meet and confer with Plaintiff and file a proposed 26(f) report on the docket.

Defendants are respectfully directed to serve a copy of this order on Plaintiff.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: September 26, 2024                              **Ona T. Wang**
       New York, New York                          United States Magistrate Judge

*Revised: March 8, 2018*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
:
Plaintiff(s),              :   No. __-cv-____ (    ) (OTW)
:
-against-                  :
:
:
:
:
Defendant(s).              :
:
:
-------------------------------------------------------------x

**PROPOSED CASE MANAGEMENT PLAN FOR *PRO SE* CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/Defendant (circle one)
   _____
   _____
   _____
   _____
   _____
   _____

2. **I understand my obligation to preserve – and am preserving – relevant information.**

   Plaintiff/Defendant (circle one)

3. **Proposed Schedule.**

All discovery should be completed by _____

   a. <u>Depositions</u>: Depositions shall be completed by _____

   b. Neither party may take more than _____ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

   c. Initial Requests for Documents must be made by _____.

   d. Responses to Requests for Documents must be made by _____.

  e.  Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

    _____
    _____
    _____
    _____

  f.  Subpoenas requesting Documents from third-parties must be served by _____. Documents obtained from third-parties must be provided to all parties in this matter.

  g.  There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify:

    _____
    _____
    _____

4. **Early Settlement or Resolution.**

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _____. The following information is needed before settlement can be discussed:
_____
_____
_____

5. **Other Matters.**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

2

Respectfully submitted this \_\_\_\_day of _____.

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)

3