**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
QUANDELL HICKMAN,

           Plaintiff,

          -against-

C.O. ENDEAVER, et al.,

           Defendants.

-------------------------------------------------------------x

24-CV-2082 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Discovery in this case is currently stayed as to everyone except Plaintiff and Defendant C.O. Endeaver ("Endeaver"). On November 6, 2024, Plaintiff and Endeaver were directed to meet and confer and file on the docket a joint 26(f) report by November 22, 2024. (ECF 27). Plaintiff then filed a notice of change of address on November 13, 2024. (ECF 28). On November 27, 2024, Endeaver filed a 26(f) report and indicated that they had tried multiple times but was unable to reach Plaintiff.

Endeaver is now directed to serve, along with a copy of this Order, ECF 27 and the 26(f) report filed at ECF 29 on Plaintiff and file proof of service on the docket by **December 20, 2024.**

Plaintiff is directed to file a status letter on the docket by **January 31, 2025**, indicating whether he consents or objects to anything contained in Endeaver's 26(f) report. If Plaintiff does object to any date or information in the 26(f) report, he must propose an alternative.

Defendants are respectfully directed to serve a copy of this order on Plaintiff.

**SO ORDERED.**

Dated: December 13, 2024
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge