**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
QUANDELL HICKMAN,

                Plaintiff,

                -against-

C.O. ENDEAVER, et al.,

                Defendants.

------------------------------------------------------------x

24-CV-2082 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 41.

Defendants' application to stay all deadlines in this matter pending mediation is

**GRANTED.**

Defendants are respectfully directed to serve a copy of this order on Plaintiff.

**SO ORDERED.**

Dated: September 5, 2025
       New York, New York

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                            United States Magistrate Judge