UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
Quandell Hickman,

                Plaintiff,

        -against-

CO Endeaver et al,

                Defendants.
----------------------------------------------------X
ONA T. WANG, United States Magistrate Judge

**ORDER TO PRODUCE**

24-cv-2082 (RA) (OTW)

      A Mediation Conference is scheduled for September 30, 2025  at 10:00 am between the Mediator, Plaintiff, Plaintiff's Attorney and counsel for Defendants.

      Accordingly, the Warden or other official in charge of Sing Sing Correctional Facility is ORDERED to produce Quandell Hickman, DIN: 24R1948, on September 30, 2025  at 9:30am until the resolution of the Conference, to a suitable location within the facility equipped with videoconferencing capabilities for the purpose of speaking with counsel and the assigned mediator.

**SO ORDERED.**

_____

Ona T. Wang
United States Magistrate Judge

Dated:    **September 26, 2025**