UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

Plaintiff

-against-

C.O. ENDEAVER,

Defendant.

24-CV-2082 (RA) (OTW)

**ORDER TO STRIKE**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court respectfully directs the Clerk of Court to **strike document number 73 from the docket.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 13, 2026
New York, New York