**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANDELL HICKMAN,<br><br>Plaintiff,<br><br>-against-<br><br>C.O. ENDEAVER, et al.,<br><br>Defendants. | 24-CV-2082 (RA) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

As discussed at the November 5, 2026 Preliminary Settlement Call, Plaintiff is directed to ask his daughter if she is willing to assist the Court in scheduling future calls with Plaintiff. If his daughter consents, Plaintiff is directed to ask her to mail a letter with her phone number and email address to Chambers at the following address:

Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The Court will then file the letter on the docket under seal visible only to the Court.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 16, 2026
New York, New York